UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN PHILLIPS,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br><br>       Defendant. | Case No. 12-cv-05961-NC<br><br>**ORDER TO FILE REPLY**<br><br>Re: Dkt. No. 22 |

Plaintiff must by March 23, 2015, file a reply in support of the motion for attorney fees, Dkt. No. 22. The reply should address the defendant's analysis of the effective hourly rate and whether and how much of a EAJA fee set off the Court should order.

**IT IS SO ORDERED.**

Dated: March 16, 2015

_____
NATHANAEL COUSINS
United States Magistrate Judge

Case No. 12-cv-05961 NC
ORDER